IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT WIEMER, MD**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 1:16-CV-99-LG-RHW**

**DENISE RUBINO AND JOHN DOE 1-5**     **DEFENDANT**

**AGREED ORDER REGARDING MOTION FOR SANCTIONS [DOC. NO. 59]**

**CAME ON FOR CONSIDERATION**, Defendant/Counter-Plaintiff Dr. Denise Rubino's Motion for Sanctions against Brandon and Heather Donnelly [Doc. No. 59], and the Court having considered same and determining that counsel for Dr. Rubino and the Donnellys have conferred and agreed, hereby ORDERS AND ADJUDGES:

1. That Brandon and Heather Donnelly are to jointly pay $800.00 to fully and finally resolve the Motion for Sanctions [Doc. No. 59] filed against them by Dr. Rubino;

2. That the Donnellys must pay the $800.00 in full by November 8, 2017; and

3. That the payment or payments by the Donnellys are to be made *via* cashier's check, made payable to Dr. Denise Rubino, and delivered to counsel for Dr. Rubino.

**SO ORDERED** this the 19th day of July, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE

s/ *Michael Held*
Michael Held (MS Bar #101942)
PHELPS DUNBAR LLP
2602 13th Street, Suite 300
Gulfport, MS 39501
(228) 679-1130
***COUNSEL FOR DR. DENISE RUBINO***


s/ *Will Symmes*
William Symmes (MS Bar #100002)
Tindell, Symmes, Estes & Cusick, PLLC
2200 25th Ave.
Gulfport, MS 39501
(228) 896-8962
***COUNSEL FOR BRANDON AND HEATHER DONNELLY***

PD.21919190.1
PD.21919903.1