# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ROBERT WIEMER, MD**                                                                             **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:16CV99-LG-RHW**

**DENISE RUBINO and JON DOE 1-5**                                  **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Default Judgment is granted in favor of counter-claimant Dr. Rubino and against counter-defendant Dr. Wiemer.

**IT IS FURTHER ORDERED AND ADJUDGED** that Dr. Rubino is awarded sole possession of the personal property in a storage locker in Long Beach, Mississippi.

**IT IS FURTHER ORDERED AND ADJUDGED** that compensatory damages in the amount of $516,014.43, plus attorneys' fees and costs, are awarded in favor of Dr. Rubino and against Dr. Wiemer.

**IT IS FURTHER ORDERED AND ADJUDGED** that punitive damages in the amount of $2000 are awarded in favor of Dr. Rubino and against Dr. Wiemer.

**IT IS FURTHER ORDERED AND ADJUDGED** that post-judgment interest shall accrue on the total monetary award of $518,014.43 at the current legal rate until paid in full.

**SO ORDERED AND ADJUDGED** this the 14th day of January, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE