IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT WIEMER, M.D.**           **PLAINTIFF/COUNTER-DEFENDANT**

**VS.**           **CIVIL ACTION NO. 1:16-CV-99-LG-RHW**

**DENISE RUBINO AND JOHN DOES 1-5**     **DEFENDANT/COUNTER-PLAINTIFF**

___

**DR. DENISE RUBINO'S MOTION FOR
ATTORNEYS' FEES AGAINST DR. ROBERT WIEMER**
___

**COMES NOW,** Dr. Denise Rubino, by and through counsel, and, in compliance with this Honorable Court's January 14, 2019 Findings of Fact and Conclusions of Law [Doc. 205], submits this her Motion for Attorneys' Fees Against Dr. Robert Wiemer. Dr. Rubino respectfully requests this Court for an award of fees as more fully detailed in the accompanying memorandum.

In support of this motion, Dr. Rubino submits the following exhibits:

Exhibit A -   Declaration of Michael Held, Esq.

Exhibit B -   Declaration of Donald P. Tremblay, Esq.

Exhibit C -   Declaration of Mark V. Watts, Esq.

Exhibit D -   Declaration of Thomas L. Vance, Esq.

Exhibit E -   Declaration of John J. Rice, Esq.

Exhibit F -   Credit Card Receipts and Account Balances

Exhibit G -   Indictment

**WHEREFORE**, Dr. Rubino respectfully requests that this Honorable Court grant this motion and award Dr. Rubino $445,089 in fees against Dr. Robert Wiemer.

Respectfully submitted, this 4th day of February, 2019.

**PHELPS DUNBAR LLP**


BY:   *s/ Michael Held*
James G. Wyly, III, MS Bar 7415
Michael Held, MS Bar 101942
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228-679-1130
Telecopier: 228-679-1131
Email: wylyj@phelps.com
heldm@phelps.com

and

Donald P. Tremblay, Pro Hac Vice
11622 El Camino Real, Suite 100
San Diego, CA  92130
Telephone: (858) 792-7492
Telecopier: (858) 792-7768
Email: dontremblay@mac.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed with the Clerk of the Court using the ECF system a copy of the above and foregoing ***DR. DENISE RUBINO'S MOTION FOR ATTORNEYS' FEES AND COSTS AGAINST NATHAN PRESCOTT, ESQ.*** which sent notification of such filing to the following:

>Nathan L. Prescott
>PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.
>759 Vieux Marche Mall
>Post Office Drawer 289
>Biloxi, MS  39533

This, the 4th day of February, 2019.

>*s/ Michael Held*
>MICHAEL HELD